AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

**APPEARANCE**

Case Number: 08mj1933

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ISAAC PAZ-GUERRERO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/23/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD    228083 |
| | Print Name                                     Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City         State         Zip Code |
| | (619) 234-8467         (619) 687-2666 |
| | Phone Number          Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| ) | |
| Plaintiff,       ) | Case No. 08mj1933 |
| ) | |
| v.                                                           ) | |
| ) | |
| ISAAC PAZ-GUERRERO,                         ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  July 23, 2008                                     */s/ John C. Ellis, Jr.*
                                                                                     JOHN C. ELLIS, JR.
                                                                                     Federal Defenders
                                                                                     225 Broadway, Suite 900
                                                                                     San Diego, CA 92101-5030
                                                                                     (619) 234-8467  (tel)
                                                                                     (619) 687-2666  (fax)
                                                                                     john_ellis@fd.org